# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Na Li,

    Plaintiff,

v.

Michael Chertoff, et al.

    Defendants.

---

Civil No. 07-2523 (PJS/JJG)

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

I.    Defendants' Motion to Dismiss or for Summary Judgment (Doc. No. 3) is **DENIED AS MOOT**.

II.    This case is **DISMISSED IN ITS ENTIRETY**.

Dated: 2/15/08

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge